# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-5323**  **September Term, 2022**

1:22-cv-02176-RC

Filed On: February 8, 2023 [1985132]

John Anthony Castro,

    Appellant

    v.

Federal Election Commission,

    Appellee

## O R D E R

On January 23, 2023, appellee filed a dispositive motion. Any response was due by February 2, 2023. To date, no response has been received from appellant. Upon consideration of the foregoing, it is

**ORDERED**, on the court's own motion, that appellant show cause by March 10, 2023, why the dispositive motion should not be considered and decided without a response. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant to respond to this order may result in dismissal of the case for failure to prosecute. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

                BY:    /s/
                      Amanda Himes
                      Deputy Clerk