# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-5323**　　　　　　　　　　　　　　　**September Term, 2022**

**1:22-cv-02176-RC**

**Filed On:** April 10, 2023

John Anthony Castro,

      Appellant

  v.

Federal Election Commission,

      Appellee


**BEFORE:**　　Millett, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the court's order to show cause filed on February 8, 2023, the opposition to the motion for summary affirmance, and the reply, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The parties agreed in district court that Count One of appellant's complaint was moot, and appellant has not shown that he has Article III standing to pursue Count Two of his complaint. See generally Spokeo, Inc. v. Robins, 136 S. Ct. 1540, 1547 (2016).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**