# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5323**                   **September Term, 2022**

**1:22-cv-02176-RC**

**Filed On:** May 25, 2023

John Anthony Castro,

    Appellant

    v.

Federal Election Commission,

    Appellee

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia*, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                 **FOR THE COURT:**
                 Mark J. Langer, Clerk

     BY:    /s/
               Daniel J. Reidy
               Deputy Clerk

* Circuit Judge Garcia did not participate in this matter.